PD-1624&1625-14

PD-1624&162
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 3:06:29 PM
Accepted 2/13/2015 8:55:08 AM
ABEL ACOSTA
CLERK

**LAW OFFICE OF**
**CHRISTIAN T. SOUZA**

4303 N. Central Expressway
Dallas, Texas 75205

E-Mail: ctsouza@gmail.com
Website: souzalawdallas.com
Office Tel. (214) 862-7462
Cell Phone (214) 773-6295
Fax (214) 696-0867

February 12, 2015

Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

   Re: **Appearance of Counsel**
     Cruz Franco Martinez v. State
     No. PD-1624-14 (Court of Appeals No. 05-13-01112-CR)
     No. PD-1625-14 (Court of Appeals No. 05-13-01113-CR)

Dear Clerk:

Please enter my appearance of record representing Appellant/Petitioner
Cruz Franco Martinez.

I have noted that the PDRs are due on February 27, 2015 and that no
further extensions will be allowed.

Respectfully,

/s/ Christian T. Souza

Christian T. Souza

FILED IN
COURT OF CRIMINAL APPEALS

February 13, 2015

ABEL ACOSTA, CLERK

Copies:

Patricia P. Noble
Assistant District Attorney
Appellate Division
Dallas County District Attorney's Office
133 N. Riverfront Blvd.
Dallas, Texas 75207
Via e-mail to pnoble@dallascounty.org


Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, Texas 78711-3046